UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEREK LANDRY**                                             **CIVIL ACTION**

**VERSUS**                                                   **NO. 09-7561**

**BURL CAIN**                                                **SECTION "S"(5)**

ORDER

    The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

    The court notes that the petitioner presented evidence that Leora Gonzales was subpoenaed to attend the hearing in 1994 where she identified him as the perpetrator. However, petitioner has not shown that the situation was unduly suggestive or that there was a substantial likelihood of misidentification as explained in the Magistrate Judge's Report and Recommendation.

    Therefore, **IT IS ORDERED** that the petition of Derek Landry for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion for summary judgment (rec. doc. 11) filed by Derek Landry is hereby **DENIED**.

New Orleans, Louisiana, this 8th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE